GARY E. MOSS, ESQ. (SBN 43002)
Email: gmoss@mhlegal.net
MARY PATRICIA HOUGH, ESQ. (SBN 104542)
Email: marypat@mhlegal.net
LAW OFFICES OF MOSS & HOUGH
1388 SUTTER STREET, SUITE 1210
SAN FRANCISCO, CA  94109
Telephone:  (415) 399-1110
Facsimile:   (415) 399-1552

Attorneys for Plaintiff
JESSICA STAFFORD

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSICA STAFFORD,

  Plaintiff,

  v.

TEAVANA CORPORATION, a Georgia Corporation and DOES 1 through 20, inclusive,

  Defendants.

CASE NO. CV-12-3695

**STIPULATION OF DISMISSAL** ; ORDER

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1).

Dated: September __, 2012

_____
MARY PATRICIA HOUGH
Attorney for Plaintiff
JESSICA STAFFORD

Dated: October __, 2012

IT IS SO ORDERED:

_____
JOHN MCLACHLAN
Attorney for Defendant
TEAVANA CORPORATION

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

STAFFORD:  STIPULATION OF DISMISSAL